[No. 28835-8-III.   Division Three.   May 21, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY D. SINGH, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 08-1-02491-2, Kathleen M. O'Connor, J., entered February 12, 2010. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Siddoway, A.C.J., concurred in by Brown and Kulik, JJ.

[No. 29785-3-III.   Division Three.   May 21, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY DWAYNE McCABE, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 10-1-02604-6, Jerome J. Leveque, J., entered March 9, 2011. *Affirmed* by unpublished opinion per Brown, J., concurred in by Siddoway, A.C.J., and Kulik, J.

[No. 30663-1-III.   Division Three.   May 21, 2013.]

JAMES P. THOMAS ET AL., *Respondents*, v. ANGELO BRUNETTO ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Stevens County, No. 10-2-00284-5, Patrick A. Monasmith, J., entered February 7, 2012. *Affirmed* by unpublished opinion per Brown, J., concurred in by Korsmo, C.J., and Kulik, J.